Your Name: Eugene Hart Jr.

Your Address: #166 Turk st. apt #24 S.F. Ca. 94102

Phone Number: (510) 418-5267

Email Address: eugene.hart.jr@gmail.com

Pro Se Plaintiff

FILED

MAY 19 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

walk in     ③
            np

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Eugene Hart Jr.

Plaintiff,

v.

Apple Inc.

Defendant.

Case Number  [leave blank]

CV26-04733

AGT

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☒    No ☐

## I.    PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Eugene Hart Jr.

Address: #166 Turk st, San Francisco, Ca. 94102

Telephone: (510) 418-5267

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: Robert Lee Hart

Address: 2000 Mount Wilson ct., Antioch, CA. 94531

Telephone: (925) 777-0332

Defendant 2:

COMPLAINT                              PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

Name: "Oneita E. Hart"; All who were involved & Associated

Address: Santa Rosa, CA.

Telephone: (707) 712-5604

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

_____

☑ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☑ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

COMPLAINT                          PAGE ___ OF ___                          JDC TEMPLATE, UPDATED 11/2024

☑ at least one defendant is located in this District and any other defendants are located in California.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in _San Francisco/Oakland_ County, it should be assigned to the _San Francisco County_ Division of this Court.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6.** Use more pages as needed.

A Long simple description of the facts of this case is that I bought a "Apple" iphone for over $1000.00 dollars. I liked the phone but the first time I dropped the

Phone it shattered, but still worked. Now the case started when the phone was stolen out of my car.

I was so mad, I didn't even call it in as stolen or reported it. About a week pass and I thought I go to store I bought the phone from to see if I had insurance

Come to find out the store relocated. So I called the Apple Store and was told I need the info. I didn't have

COMPLAINT                                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

(cont.)

• So like 6 months pass since phone was gone then im connected to something I didn't honestly know who it was but they made sure they keep me up-

-todate on things that would of been impossible for me to know. So over time, I was getting the messages to

what was going on with my stolen Apple iphone. So I was being informed that the phone was being unlocked and used. I didn't know why because the phone

front cover was shattered. Then was told the phone was being changed with a different 'simcard' and other

changes. At the time I wasn't educated enough to know that it was me everyone was gathering there

"personal information" from, so losing phones or wallets at times didn't make me wonder why some thing

will come up missing or why I was being targeted & given a hard time. I got treated worse because

people are fighting over my "pii" which you would think should get consent to gather or sale.

Unaware I was the victim of data breaches.

## VI.    CLAIMS

### First Claim

Name the law or right violated:

"Law" would be "Securities law" & Privacy Rights are Violated

Name the defendants who violated it:

"Oneita E. Hart" & All whom are involved & Associated.

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Securities law would protect your Security & ensure your protected against any thefts and harms that

May it can cause by your "PII" being in some one elses possesions. Because your exposed to a degree in

Which you don't know. I started to Realize I was being watched but don't know who & for what?

I just knew the police knew about me and what I was up to. Which actually worked in my favor because

They Realized some one was Trying to put me behind bars for the wrong Reasons. So they gave me

Breaks and stopped bothering me. So I learned that some one was using my phone impersonating as

If they were me. Not fully knowing who had the phone but I picked up on the phone being with my

Daughter.

COMPLAINT                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

"Theft of phone" Claim ("Fraudulent Cloning")

Name the law or right violated:

Law Protects identity an Security Law & Privacy is violated

Name the defendants who violated it:

Duwan Fields & Vernon Cains — I assume, not sure,

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Securities Law prosecutes people know and consent for the illegal Taken and usage of another's "pii"

Without permission or Consent. Because it can put the one being exposed could be Harmed and threaten

if the wrong people are overseeing it. So I believe the phone was given To my daughter so it can

Make it seem as its ok because she has it. If that is true & she got the phone, it's because someone

is controlling that situation for the wrong purpose. So some are control my my life. Through "Clones"

that were created. So if "Clones" are created as if there me, then they can then claim and use my

information and not act like I exists. Then that can become fraudulent and criminal if not properly Notified.

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Ask the court to help "shut down" the phone & illegal use of my stolen "Apple iphone" To stop the invasion of my privacy and personal life. I claim that my phone got in the hands of a family member or clone

that are benefiting from the Theft and misuse of my "personal identifiable Information" Asking for any loses received through the phone @ the Times the phone wasn't in my possession.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 05/19/26          Sign Name: Eugene Hart Jr.

Print Name: EUGENE HART JR.

Copy this page and insert it where you need additional space.

(cont.)

To Close final Arguement for the "Apple iphone" Case is that there's No Real Agreement or Settlement Be tween Me and the Undocument Clones that claims My Life To which I denied and reject To Allow people To Take & falsly claims my identity. We need an Trial within the Supreme Courts To go over facts.

Apple is A Case of Replacing my Life for someone elses life in which no person with Common Sense Would allow. So im Claiming that Family members has claimed my life were Never Notified Me.

Also "identity theft" and impersonation of my person in which I will never Agree To.

So My Lawsuit is for criminal infringement Of Copying my Activities as a "dBA" A fake Company. So Apple if found guilty Be Charged with an federal crime for intentionally stealing my identity